USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

CHRISTOPHER WYCHE, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

ADVANCED DRAINAGE SYSTEMS, INC., JOSEPH A. CHLAPATY, and MARK B. STURGEON,

Defendants.

-------------------------------------------------------------X

15 **CIVIL** 5955 (KPF)

**JUDGMENT**

Defendants having moved to dismiss Plaintiff's Amended Complaint (the "Complaint") pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) for failure to state a claim, and the matter having come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on March 10, 2017, having rendered its Opinion and Order granting Defendant's motion to dismiss the Complaint for failure to state a claim; and dismissing the Complaint; and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 10, 2017, Defendant's motion to dismiss the Complaint for failure to state a claim is granted. The Complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
March 10, 2017

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**